UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:                                  )
                                        )
MILDRED L. LOSEE           )   CASE NO. 13-50851-THF
                                        )
DEBTOR _____ )

## MOTION TO SELL RIGHTS TO MINERAL TRUST

     Comes the Trustee, Mark Little, and moves this Court to authorize the Trustee to sell the rights to a Mineral Trust located at coordinates Township 7 North, Range 60 East, Fallon County, Montana to John A. Palumbo. The Trustee has received an offer of five thousand ($5,000.00) dollars. The Trustee previously contacted Dakil Oil & Gas Auctioneers, a company that specializes in oil and gas rights, and was told if the Mineral Trust were put up for auction it could possibly bring $5000.00-$6000.00. Since there is the possibility it could sell for less than $5000.00 if auctioned, the Trustee believes $5,000.00 is a fair and reasonable offer. The Court granted the Trustee permission to sell the Mineral Trust on 2/12/2015, docket entry #35. (The offer to buy the rights to the mineral trust is attached as an exhibit.)

     WHEREFORE, the Trustee moves this Court to authorize the Trustee to sell the rights to the Mineral Trust to John A. Palumbo for $5,000.00; and all other relief to which the Trustee may appear entitled.

     /s/Mark Little
     Mark Little, Trustee
     1917 Versnick Drive
     Madisonville, Kentucky 42431
     (270) 821-0110

CERTIFICATE OF SERVICE

    I certify that on March 20, 2015 I electronically filed this motion through ECF system which will send notice of electronic filing to all persons who have filed notice of appearance and request for notices in this case.

                          <u>/s/ Mark Little</u>
                          Mark Little